1 | BENJAMIN B. WAGNER
United States Attorney
2 | ANA MARIA MARTEL
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814-2322
4 | Telephone: (916) 554-2775

5 | Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:00CR00046-WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) (*Proposed*) |
|   | ) ORDER OF GARNISHMENT |
| RANDALL CLIFTON KLING, | ) |
| Defendant and Judgment Debtor. | ) |
| SIMI VALLEY POLICE DEPARTMENT, | ) |
| Garnishee. | ) |

    A Writ of Garnishment directed to the Garnishee, Simi Valley Police Department, has been duly issued and served upon the Garnishee in order to partially satisfy the outstanding debt owed by the Defendant and Judgment Debtor Randall Clifton Kling ("Judgment Debtor"). The Garnishee filed an Answer of Garnishee stating that at the time of service of the Writ, the Garnishee had custody or possession of properties (non-earnings), in which the "Judgment Debtor" maintains an interest, as described below:

    1. Evidence Item #2, approximate value $1,956.00

The balance owing by the Judgment Debtor to Plaintiff, the United States of America, on the

Proposed Order of Garnishment    1

1  outstanding criminal judgment is $97,814.59 as of October 19, 2009. Said amount is the same
2  amount as shown in the Application For Writ of Garnishment filed herein. On October 23, 2009,
3  the Judgment Debtor and his attorneys, Deputy Public Defenders Cynthia Ellington and
4  Melanie Miles were served by the Garnishee with the Answer of Garnishee at Ventura County
5  Superior Court, Ventura, CA. Pursuant to 28 U.S.C. § 3205 (5), the Defendant and his attorneys
6  could file an objection to the execution and request a hearing with the Court within 20 days of the
7  filing of the Garnishee's answer. Defendant and his attorneys failed to object to the answer of the
8  Garnishee or show grounds why the garnishment should not take place.    ACCORDINGLY, IT IS
9  ORDERED that the Garnishee, Simi Valley Police Department, shall turn over the sum of
10 $1,956.00 to the United States by check made payable to the Clerk of the Court. Said check must
11 reference Case No. CR S 00-046-WBS on its face and be sent to:

> U.S. Attorney's Office
> 501 "I" Street, Suite 10-100
> Sacramento, California 95814

   IT IS FURTHER ORDERED that upon receipt of payment, the above-issued Writ of Garnishment is hereby terminated.

DATED:  November 25, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE